Celia McGann, as Administratrix, etc., of Mary McGann, Deceased, Respondent, v. Eighth Avenue Railroad Company and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of Proving the Last Will and Testament of August Dooper, Deceased.— Decree affirmed, with costs of this appeal to all parties appearing by separate counsel and filing separate briefs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Charles Strachman, Respondent, v. Morris Levy, Appellant.— Determination affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Anna R. King, Respondent, v. 250 West 25th Street Realty Corporation, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted, with ten dollars costs, on the authority of *Strauss & Co., Inc.,* v. *American Credit Indemnity Co. of New York* (203 App. Div. 361). Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of the Rhode Island Hospital Trust Company, as Trustee, etc., of Mary D. Rusher, Deceased.— Decree affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

John Bergin, Respondent, v. Lehigh Valley Railroad Company, Appellant.— Judgment reversed and new trial ordered, with costs to the appellant to abide the event, on the ground that the finding of the jury that the defendant was negligent is contrary to the weight of the evidence. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Mary W. Mullally and Another, Appellants, v. Harmon National Real Estate Corporation, Respondent.— Determination affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

Rebecca Kossower, as Administratrix, etc., of Isaac Kossower, Deceased, Respondent, v. Keren Corporation, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.; Martin, J., dissents.

Theresa Paine v. Liberty Freight Forwarding and Warehouse Company, Impleaded, etc.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant procure record on appeal to be filed within thirty days after determination of a motion pending in the Supreme Court for a new trial. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.

Samuel Preiser v. Herman Felshman, Also Known as Harry Felshman. (Max Felshman and Another, Appellants.)— Motion to dismiss appeal granted, with ten dollars costs, unless appellants procure the record on appeal to be filed on or before March 15, 1927, and that no further extension of time therefor will be granted. Present — Dowling, P. J., Merrell, Finch, McAvoy and Proskauer, JJ.